THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SAMUEL J. GELLARD and SAMUEL KESSLER, Appellants.

Argued May 28, 1946; decided July 23, 1946.

*I. Maurice Wormser* and *Jac M. Wolff* for Samuel J. Gellard, appellant.

*Harold O. N. Frankel* for Samuel Kessler, appellant.

*Frank S. Hogan, District Attorney* (*Richard G. Denzer* and *Whitman Knapp* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND and THACHER, JJ. Taking no part: DYE and FULD, JJ.